**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:**

EBBESKOV JANKOVIC, LLC
DBA iUSE PHOTOGRAPHY.
A Florida Limited Liability Company,

Plaintiff,
v.

MCCLATCHY MEDIA COMPANY,

Defendant.
_______________________________________/

# COMPLAINT

Plaintiff, Ebbeskov Jankovic LLC dba iUSE Photography (hereinafter referred to as "iUSE") by and through its undersigned attorney, files its complaint and states as follows:

## PARTIES

1. Plaintiff, Ebbeskov Jankovic LLC dba iUSE Photography ("iUSE'), is Florida Limited Liability Company with its principal place of business in Broward County and is otherwise sui juris.
2. Defendant, MCCLATCHY (hereinafter "*MCCLATCHY*"), is a Company whose headquarters and principal place of business is New Jersey.

## JURISDICTION AND VENUE

4. This is a civil action involving claims of copyright infringement arising under the Copyright Law of the United States, Title 17, United States Code, §101, et seq.

5. This Court has jurisdiction of the parties and of the claims of copyright infringement under 17 U.S.C. §501 et seq. and 28 U.S.C §§1331, 1332(a)(1) and 1338(a). Venue is proper in this judicial district under 28 U.S.C. §§1391 and 1400(a).

## STATEMENT OF FACTS

6. iUSE Photography is a leading provider of professional state-of-the-art real estate photography services in South Florida.

7. iUSE Photography has established a valuable portfolio of real estate images and exclusive rights therein pursuant to the U.S. Copyright Act and International Copyright Laws, including the “ICON Image” of the condominium building located at 495 Brickell Avenue in Miami, Florida (the “ICON”), a true and accurate copy of which is attached hereto as Exhibit 1 (the “ICON Image”).

8. Plaintiff's “ICON Image” is wholly original with Plaintiff and constitutes a copyrightable image and subject matter under the Copyright Law of the United States.

9. Plaintiff's “ICON Image” was created as a work made for hire in November 2018.

10. The first publication of the “ICON Image” was in the year 2019.

11. Since the publication date of the “ICON Image”, Plaintiff has complied in all respects with the Copyright Revision Act of 1976, Title 17, United States Code, and all other

laws governing copyright, has secured the exclusive rights and privileges in and to the copyright of said "ICON Image".

12. iUSE Photography's copyright in the ICON Image is registered with the U.S. Copyright Office under U.S. Registration No. VA 2-463-881. Attached hereto as Exhibit 2 is a true and accurate copy of U.S. Copyright Certificate of Registration No. VA 2-463-881.

13. Plaintiff is the sole owner of all right, title and interest in and to the copyright in its "ICON Image" and the corresponding Certificate of Registration thereof, No. VA 2-463-881.

14. Subsequent to the creation and/or publication by Plaintiff of its copyrighted "ICON Image", the "*Miami Herald*" division of Defendant MCCLATCHY infringed Plaintiff's copyright in said design by reproducing, displaying, printing, reprinting, publishing, vending, distributing, selling, promoting or advertising said "ICON Image" or by causing and/or participating in such reproducing, displaying, manufacturing, printing, reprinting, publishing, vending, distributing, selling, promoting or advertising thereof or by preparing derivative works based upon said copyrighted design. MCCLATCHY's publication of the "ICON Image" in connection with its ongoing international coverage of the tragic murder at the ICON constitutes an egregious and on-going infringement of iUSE Photography's exclusive copyright in the "ICON Image".

15. MCCLATCHY's Infringing Article falsely credits the *Miami Herald* as owner of the copyright in the "ICON Image" and it appears that *MCCLATCHY* knowingly misappropriated the ICON Image and willfully copied, displayed and distributed the ICON Image throughout the world without iUSE Photography's permission, license or consent.

16. Color photocopies of Defendant's infringing copies of Plaintiff's copyrighted "ICON Image" are annexed hereto and made a part hereof as Plaintiff's Exhibit 3— (*MCCLATCHY Infringements*).

17. The *Miami Herald* first misappropriated the ICON Condo Image in 2022 related to a separate article covering the Miami Real Estate Market and Brickell neighborhood. See Schedule 4. The *Miami Herald* and MCCLATCHY have violated Plaintiff's copyright to the ICON image on two separate occasions.

18. Upon information and belief, Defendant's websites and news articles bearing Plaintiff's "ICON Image" have been distributed, offered for sale, sold and used for the purpose of marketing various products and services throughout the United States including this judicial district.

19. Upon information and belief, Defendant, MCCLATCHY sold for profit news articles, webpages and related internet content containing Plaintiff's "ICON Image" to multiple other news outlets. In so doing, Defendant, MCCLATCHY, wrongfully misrepresented the ownership of Plaintiff's Copyright.

20. Plaintiff notified MCCLATCHY of its ownership and copyright of the "ICON Image" in a letter dated October 13, 2025. MCCLATCHY did not respond to said letter and took no action to remove the photo from its online content.

21. All of Defendant's acts as set forth herein were performed without the permission, license or authority of Plaintiff, and were performed in deliberate, intentional and/or reckless disregard of Plaintiff's rights in its copyrighted image. Defendant knowingly misappropriated the ICON Image and willfully copied, displayed and distributed the ICON Image throughout the world without iUSE Photography's permission, license or consent.

Consequently, the Defendant's activities constitute willful and intentional copyright infringements in violation of iUSE Photography's exclusive rights, the Copyright Laws of the United States, 17 U.S.C. §§ 101 *et seq*., as well as International Copyright Law and subject the *Miami Herald* and MCCLATCHY to liability to iUSE Photography for injunctive relief, statutory damages, actual damages, a disgorgement of profits resulting from these willful infringements, attorneys' fees and/or other further relief.

Moreover, as evidenced by Exhibits 3 & 4, it appears that *MCCLATCHY* attempted to conceal its unlawful conduct by, *inter alia*, incorporating a false copyright notice into the photograph, which further establishes that *MCCLATCHY's* infringing conduct was knowing, willful, intentional, and egregious.

22. As a result of Defendant's acts as alleged herein, plaintiff has suffered substantial damages and injury, and has lost gains, profits and/or advantages, which it otherwise would have obtained but for Defendant's infringements.

## DEMAND OF JURY TRIAL

Plaintiff, iUSE, demands trial by jury for all causes of action so triable.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff repeats, realleges and incorporates the averments set forth in paragraphs 6 through 22, inclusive, of this complaint as if fully set forth herein.

24. As a result of Defendant's reproducing and publishing Plaintiff's copyrighted "ICON Image" as shown in Exhibit 3, which is substantially similar, if not identical, to Plaintiff's "ICON Image", as shown in Exhibit 1, Defendant has infringed Plaintiff's copyright registration in its "ICON Image" in violation of the exclusive rights of Plaintiff under §106 of the Copyright Law, Title 17 of the United States Code.

WHEREFORE, Plaintiff prays:

A. That Defendant, its officers, directors, servants, agents, employees and attorneys, and any and all persons in active concert or participation with it or them or any of them, be permanently enjoined and restrained from copying and/or infringing plaintiff's copyrighted “ICON Image”, and from distributing and selling any news article or internet content bearing any image the same as or substantially similar to Plaintiff's copyrighted “ICON Image”;

B. That Defendant be required to account to Plaintiff for such damages as Plaintiff has sustained in consequence of Defendant’s infringement of plaintiff's copyrighted design and to further account to Plaintiff for all gains, profits, and advantages relative to such violations, including but not limited to, Plaintiff's lost profits;

D. That Defendant be required to pay Plaintiff's costs in this action and plaintiff's reasonable attorney's fees; and

E. That Plaintiff has such other and/or further relief as this Court may deem just and appropriate.

**COUNT II**
**COPYRIGHT INFRINGEMENT**

25. Plaintiff repeats, realleges and incorporates the averments set forth in paragraphs 6 through 22, inclusive, of this complaint as if fully set forth herein.

26. As a result of Defendant’s reproducing and publishing Plaintiff's copyrighted “ICON Image” as shown in Exhibit 3, which is substantially similar, if not identical, to Plaintiff's “ICON

Image", as shown in Exhibit 1, Defendant has infringed Plaintiff's copyright registration in its "ICON Image" in violation of the exclusive rights of Plaintiff under §106 of the Copyright Law, Title 17 of the United States Code.

WHEREFORE, Plaintiff prays:

A. That Defendant, its officers, directors, servants, agents, employees and attorneys, and any and all persons in active concert or participation with it or them or any of them, be permanently enjoined and restrained from copying and/or infringing plaintiff's copyrighted "ICON Image", and from distributing and selling any news article or internet content bearing any image the same as or substantially similar to Plaintiff's copyrighted "ICON Image";

B. That Defendant be required to account to Plaintiff for such damages as Plaintiff has sustained in consequence of Defendant's infringement of plaintiff's copyrighted design and to further account to Plaintiff for all gains, profits, and advantages relative to such violations, including but not limited to, Plaintiff's lost profits;

D. That Defendant be required to pay Plaintiff's costs in this action and plaintiff's reasonable attorney's fees; and

E. That Plaintiff has such other and/or further relief as this Court may deem just and appropriate.

Respectfully submitted,

Dated: 11/16/2025

s/John P. Hess
John P. Hess, Esq.
F.B.N. 31075
**John P. Hess, P.A.**
515 North Flagler, P 300
West Palm Beach, FL 33401
Ph: (305) 310-0904
Email: jhess@johnphess.com

Attorney for Plaintiff